UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ALFREDO PALACIOS MOLINA,

Petitioner,

-v-

JOHN DOE, *et al.*,

Respondents.

26 Civ. 6434 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 28, 2026, Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241. Dkt. 1. No later than August 10, 2026, Respondents must respond to the Petition or indicate that they do not intend to oppose. By August 17, 2026, Petitioner may submit a reply in support of the Petition. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED.

Dated: July 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge