UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALFREDO PALACIOS MOLINA,<br><br>Petitioner,<br><br>- against -<br><br>JOHN DOE, Warden, *et al.*,<br><br>Respondents. | **No. 26 Civ. 6434 (JPC)**<br><br>**STIPULATION AND ORDER OF TRANSFER OF VENUE** |

WHEREAS, petitioner Carlos Alfredo Palacios Molina brought this habeas action under 28 U.S.C. § 2241 on July 28, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), seeking, among other things, an order from this Court requiring that he be released from custody or provided a bond hearing with certain criteria; and

WHEREAS, the petitioner filed his habeas petition while he was located at the Delaney Hall Detention Facility in Newark, New Jersey; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the District of New Jersey, and that the seven-day waiting period in Local Civil Rule 83.1 is waived.

New York, New York
August 4, 2026

LAW OFFICE OF PAUL O'DWYER, P.C.
*Attorney for Petitioner*

Paul O'Dwyer
Paul O'Dwyer, Esq.
11 Broadway, Suite 715
New York, New York 10004
Tel. (646) 230-7444

New York, New York
August 4 , 2026

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743

SO ORDERED. August 6, 2026

HON. JOHN P. CRONAN
United States District Judge